Kristin Grant (KG0303)
Grant Attorneys at Law PLLC
125 Park Avenue, 25th Floor
New York, NY 10017
T: 212-520-6633
F: 646-952-7733
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

RODNEY DUGUE,

            Plaintiff,

   -against-

PINK TEA CUP LLC and WE TV LLC

            Defendants.

---

Civil Action No. 17-5694

**COMPLAINT**

JURY DEMAND

**TO THE ABOVE NAMED DEFENDANTS:**

    A lawsuit has been filed against you.

    Within twenty-one (21) days after the service of this Summons on you (not counting the day you received it) – or sixty (60) days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the Plaintiff an Answer to the attached Complaint or a Motion under Rule 12 of the Federal Rules of Civil Procedure. The Answer or Motion must be served on the Plaintiff's attorney, whose name and address are:

            **Attn: Kristin Grant**
            Grant Attorneys at Law PLLC
            125 Park Avenue, 25th Floor
            New York, NY 10017
            T: 212-520-6633
            F: 646-952-7733

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the Complaint. You also must file your answer or motion with the court.

            *Clerk of Court*

Dated: _____     _____

**TO**:   Pink Tea Cup LLC
       1114 Myron Street
       Uniondale, New York 11553;

       We TV LLC
       c/o Corporation Service Company
       80 State Street
       Albany, New York 12207-2543